[No. 9423–8–I.   Division One.   November 22, 1982.]

RAMONA CROSSEN, *as Guardian, Appellant,* v. SKAGIT COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 858633, Frank H. Roberts, Jr., J., entered October 9, 1980. *Affirmed* by opinion, unpublished in part, per Ringold, J., concurred in by Durham, A.C.J., and Callow, J.

[No. 9873–0–I.   Division One.   November 22, 1982.]

HAROLD HUGHES, ET AL, *Respondents,* v. JERALD RAY JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–16438–4, Robert M. Elston, J., entered January 9, 1981. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Callow and Scholfield, JJ.

[No. 9690–7–I.   Division One.   November 22, 1982.]

JEFFREY FRENCH, *Appellant,* v. JAMES H. ROESSLER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–2–01636–7, John E. Rutter, Jr., J., entered November 21, 1980. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, A.C.J., and Scholfield, J.